| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of  Delaware
                                    (State)

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Molecular Templates Opco, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   2 6 – 4 2 9 6 0 3 5

4. **Debtor's address**

   **Principal place of business**

   124 Washington St.
   Number    Street

   Suite 101

   Foxboro           MA     02035
   City              State  ZIP Code

   Norfolk
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City     State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   9301 Amberglen Blvd., Suite 100
   Number    Street

   Austin            TX     78729
   City              State  ZIP Code

5. **Debtor's website** (URL)

   https://mtem.com

Debtor  **Molecular Templates Opco, Inc.**  Case number (*if known*)_____
          Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>   3 2 5 4 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check **all** that apply*:<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☒ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

Debtor __Molecular Templates Opco, Inc._____     Case number (if known)_____
       Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes.   District _____  When _____  Case number _____
                                        MM / DD / YYYY

   If more than 2 cases, attach a separate list.

            District _____  When _____  Case number _____
                                        MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☒ Yes.  Debtor __Molecular Templates, Inc._____   Relationship __Affiliate__
            District __Delaware_____     When __04/20/2025__
                                                            MM / DD / YYYY
            Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number     Street
                               _____
                               _____     _____  _____
                               City                                 State  ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

| Statistical and administrative information |
|---|

Debtor  Molecular Templates Opco, Inc.
        _____  Case number (*if known*)_____
        Name

| 13. Debtor's estimation of available funds | Check one: <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|

| 14. Estimated number of creditors | ☐ 1-49 <br> ☐ 50-99 <br> ☑ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
|---|---|---|---|

| 15. Estimated assets | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☑ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
|---|---|---|---|

| 16. Estimated liabilities | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☑ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/20/2025
             MM / DD / YYYY

✗ /s/ Craig R. Jalbert                           Craig R. Jalbert
  Signature of authorized representative of debtor   Printed name

  Title  President and Chief Executive Officer

Debtor  Molecular Templates Opco, Inc.
_____
Name

Case number (if known)_____

18. **Signature of attorney**

✘  /s/ Eric D. Schwartz
Signature of attorney for debtor

Date  04/20/2025
MM / DD / YYYY

Eric D. Schwartz
Printed name

Morris, Nichols, Arsht & Tunnell LLP
Firm name

1201 N. Market Street, 16th Floor, P.O. Box 1347
Number    Street

Wilmington
City

DE
State

19801
ZIP Code

(302) 351-9308
Contact phone

eschwartz@morrisnichols.com
Email address

3134
Bar number

DE
State

## UNANIMOUS WRITTEN CONSENT OF THE
## BOARD OF DIRECTORS OF MOLECULAR TEMPLATES OPCO, INC.
## APRIL 20, 2025

The undersigned, being the sole member of the board of directors (the "**Board**") of Molecular Templates OpCo, Inc., a Delaware corporation, (the "**Company**"), hereby consents to the following actions and adopts the following resolutions by written consent of the sole member of the Board in lieu of a meeting (the "**Unanimous Written Consent**") in accordance with the provisions of Section 141(f) of the General Corporation Law of the State of Delaware ("**DGCL**") and the Amended and Restated Bylaws of the Company (the "**Bylaws**") and hereby waives any and all notice which may be required by statute, the Bylaws or otherwise with respect to the actions taken herein or pursuant hereto.

**WHEREAS**, the Board has reviewed and considered, among other things, the financial and operational condition of the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's business;

**WHEREAS**, the Board, following consultation with its legal, financial, and other advisors, unanimously approved entry into, and performance under the transactions relating to the matters contemplated by the following resolutions;

**WHEREAS**, the Board has had the opportunity to consult with legal, financial, and other advisors of the Company and fully consider each of the strategic alternatives available to the Company;

**WHEREAS**, the Board has received, reviewed, and considered the recommendations of the Company's legal, financial, and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding (the "**Chapter 11 Case**"), and has determined that, in its judgment, it is advisable and in the best interests of the Company, its creditors, equity holders, employees and other interested parties that the Company voluntarily file a petition (collectively, the "**Petition**") for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

**WHEREAS**, following consultation with its legal, financial, and other advisors, the Board have negotiated a term sheet for a debtor-in-possession financing agreement (together with all exhibits and schedules thereto, the "DIP Financing Term Sheet") with K2 Health Ventures, LLC ("K2"); and in connection therewith K2 making a senior secured superpriority debtor in possession loan ("DIP Loan") to the Company in a total aggregate principal amount of approximately $12,000,000, and in connection therewith the Company shall grant K2 a security interest in its assets as described therein; and

**WHEREAS**, following consultation with its legal, financial, and other advisors, the Board have negotiated a term sheet for a restructuring support agreement (together with all exhibits and schedules thereto, the "RSA Term Sheet") with K2 that contemplates a potential Chapter 11 Filing, and, in connection therewith:

- the Company effectuating a debt-for-equity transaction through the filing of a proposed plan of reorganization (the "Plan"), which shall propose the cancellation and discharge of all existing equity interests in MTEM and the issuance of new equity interests in MTEM to K2 HealthVentures Equity Trust LLC, a subsidiary of K2, in final satisfaction of K2's prepetition claims against the Company; and

- certain milestones for the progress of the Chapter 11 Filing, which include (i) approval, no later than 30 days after the petition date, of the DIP Loan by the bankruptcy court, (ii) conclusion of solicitation on the Company's Plan no later than 34 days after the petition date, and (iii) entry of an order confirming the Company's Plan no later than 65 days after the petition date.

**NOW, THEREFORE**, **BE IT RESOLVED**, that the filing by the Company of the Petition in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") be, and hereby is, authorized, approved, confirmed and adopted in all respects; and it is further

**RESOLVED**, that each officer of the Company (the "**Authorized Person**"), be, and hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, verify, deliver, and file with the Bankruptcy Court, in the name and on behalf of the Company, and under their corporate seals or otherwise, the Petitions and all schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, plans, and other documents (collectively, the "**Chapter 11 Filings**") (with such changes therein and additions thereto as such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by such Authorized Person with any changes thereto to be conclusive evidence that such Authorized Person deemed such changes to meet such standard); and it is further

**RESOLVED**, that such Authorized Person is hereby authorized and directed, with full power of delegation, in the name and on behalf of the Company, to negotiate, execute, verify, deliver, and file a combined disclosure statement and chapter 11 plan of reorganization in the Chapter 11 Case; and it is further

**RESOLVED**, that the DIP Financing Term Sheet and RSA Term Sheet are hereby approved and adopted; and it is further

**RESOLVED**, that such Authorized Person is hereby authorized and directed to execute and deliver the DIP Financing Term Sheet and the RSA Term Sheet and cause the Company to perform its obligations thereunder, in the name and on behalf of the Company, which approval shall be conclusively evidenced by his or her execution thereof; and it is further

**RESOLVED**, that such Authorized Person, be, and hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Chapter 11 Case, the Chapter 11 Filings, the DIP Financing Term Sheet, or the RSA Term Sheet, including, without limitation, (i)

the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Company's Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and it is further

**RESOLVED**, that, with respect to the Company, such Authorized Person is hereby authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts or deeds, including, but not limited to (i) the engagement or retention of such further accountants, counsel, consultants or advisors; (ii) the negotiation of such additional agreements, amendments, modifications, supplements, reports, documents, instruments, applications, notes or certificates not now known but which may be required; (iii) the execution, delivery and filing (if applicable) of any of the foregoing; and (iv) the payment of all fees, consent payments, taxes and other expenses; all of the foregoing, as such Authorized Person, in his sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, with all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to meet such standard; and it is further

**RESOLVED**, that the Unanimous Written Consent to which these resolutions are attached may be executed in one or more counterparts, each of which shall constitute an original and all of which, when taken together, shall constitute one instrument and that any party receiving an executed copy, facsimile or other electronic transmission (such as .pdf) of these resolutions may rely thereon; and it is further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Person or any director of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned, being the sole member of the Board of the Company has executed this consent as of the date first set forth above.

/s/ *Craig R. Jalbert*

Craig R. Jalbert

Date: **April 20, 2025**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOLECULAR TEMPLATES, INC., *et al.*,[1] | Case No. 25-_____ (___) |
| Debtors. | (Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT AND EQUITY HOLDER LIST PURSUANT TO FED. R. BANKR. P. 1007(a)(1), (3) AND 7007.1

Pursuant to Rules 1007(a)(1), (3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Molecular Templates OpCo, Inc. states that it is 100% owned by Molecular Templates, Inc.

[*Signature Page Follows*]

---

[1] The Debtors in these chapter 11 cases, along with the Debtors' federal tax identification number (if applicable), are: Molecular Templates, Inc. (9596) and Molecular Templates OpCo, Inc. (6035). The Debtors' mailing address is: 124 Washington Street, Ste. 101, Foxboro, MA 02035.

| | |
|---|---|
| Dated: April 20, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Austin T. Park*<br>Eric D. Schwartz (No. 3134)<br>Andrew R. Remming (No. 5120)<br>Austin T. Park (No. 7247)<br>Jake A. Rauchberg (No. 7444)<br>1201 N. Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: eschwartz@morrisnichols.com<br>       aremming@morrisnichols.com<br>       apark@morrisnichols.com<br>       jrauchberg@morrisnichols.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

**Fill in this information to identify the case:**

Debtor name: Molecular Templates, Inc., et al.
United States Bankruptcy Court for the: District of Delaware
(State) DE
Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CBRE, INC.<br>P.O. BOX 848844<br>LOS ANGELES, CA 90084-8844 | CONTACT:<br>PHONE: 703.365.2797<br>EMAIL: accountingsupport@atcc.org | TRADE DEBT LANDLORD | | | | $377,117.78 |
| 2 | FAIRJOURNEY BIOLOGICS SA<br>RUA DO CAMPO ALEGRE n823<br>4150-180 PORTO, PORTUGAL | CONTACT: Jonney Yau<br>PHONE: 800.227.9770<br>EMAIL: jonney.yau@agilent.com | TRADE DEBT | | | | $285,505.87 |
| 3 | CEDARS SINAI MEDICAL CENTER<br>8700 BEVERLY BLVD.<br>LOS ANGELES, CA 90048 | CONTACT:<br>PHONE: 855.236.2772<br>EMAIL: BDBCustomerService@bd.com | TRADE DEBT | | | | $263,425.74 |
| 4 | NYU SCHOOL OF MEDICINE<br>ONE PARK AVENUE, 5TH FL. 5-818<br>NEW YORK, NY 10016 | CONTACT:<br>PHONE: 800.338.9579<br>EMAIL: sburzynski@fortislife.com | TRADE DEBT LANDLORD | | | | $241,129.80 |
| 5 | MATHYS & SQUIRE<br>THE SHARD<br>32 LONDON BRIDGE STREET<br>LONDON SE1 9SG GREAT BRITAIN | CONTACT:<br>PHONE: 800.485.0106<br>EMAIL: lrinaudo@biologicsconsulting.com | PROFESSIONAL SERVICES | | | | $213,985.76 |
| 6 | TIGERMED-BDM, INC.<br>100 FRANKLIN SQUARE DR.<br>SUITE 305<br>SOMERSET, NJ 08873 | CONTACT:<br>PHONE: 516.483.1196<br>EMAIL: Djordan@BioIVT.com | TRADE DEBT | | | | $192,353.55 |
| 7 | ERNST & YOUNG U.S. LLP<br>200 PLAZA DRIVE, STE 2222<br>SECAUCUS, NJ 07094 | CONTACT: Tracy Boutourline<br>PHONE: 617.456.0700<br>EMAIL: Tracy.Boutourline@bioagilytix.com | PROFESSIONAL SERVICES | | | | $156,750.00 |
| 8 | NORTHWEST CANCER CENTERS, PC<br>1001 CALUMET AVE.<br>DYER, IN 46311 | CONTACT: Bente Freeman<br>PHONE: 800.975.6866<br>EMAIL: bente.freeman@capralogics.com | TRADE DEBT | | | | $134,584.63 |

Debtor Name  Molecular Templates, Inc., et al.                                    Case Number _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | CENETRON<br>2111 W. BRAKER LANE, BLDG 5<br>SUITE 300<br>AUSTIN, TX 78758 | CONTACT: Danielle Giordano<br>PHONE: 800.441.3550<br>EMAIL: Danielle.Giordano@crl.com | TRADE DEBT | | | | $114,978.67 |
| 10 | CTCA CLINICAL RESEARCH, LLC<br>2520 ELISHA AVE.<br>ZION, IL 60099 | CONTACT:<br>PHONE: 215.640.2334<br>EMAIL: TaxInformationReporting@chubb.com | TRADE DEBT | | | | $110,878.31 |
| 11 | COOLEY LLP<br>3 EMBARCADERO CENTER<br>20TH FLOOR<br>SAN FRANCISCO, CA 94111 | CONTACT:<br>PHONE: 847.549.7600<br>EMAIL: sales@coleparmer.com | PROFESSIONAL SERVICES | | | | $97,685.84 |
| 12 | CHARLES RIVER LABS<br>GPO BOX 27812<br>NEW YORK, NY 10087-7812 | CONTACT:<br>PHONE: 301.424.8890<br>EMAIL: mdellosa@computerpackages.com | TRADE DEBT | | | | $94,592.50 |
| 13 | DARTMOUTH-HITCHCOCK CLINIC<br>ONE MEDICAL CENTER<br>LEBANON, NH 03756 | CONTACT:<br>PHONE: 800.492.1110<br>EMAIL: ewingb@corning.com | TRADE DEBT | | | | $87,904.27 |
| 14 | UNIVERSITY OF MIAMI<br>1120 NW 14TH ST., RM 874<br>MIAMI, FL 33136 | CONTACT<br>PHONE: 877.362.8646<br>EMAIL: sspofforth@atum.bio | TRADE DEBT | | | | $84,539.51 |
| 15 | MARY CROWLEY MEDICAL RESEARCH CENTER<br>7777 FORST LN, BLDG C. STE. 707<br>DALLAS, TX 75230 | CONTACT:<br>PHONE: 49.425.312.6160<br>EMAIL: mutz@dsmz.de | TRADE DEBT | | | | $76,378.76 |
| 16 | Q SQUARED SOLUTIONS BIOSCIENCES LLC<br>PO Box 603210<br>CHARLOTTE, NC 28260-3210 | CONTACT:<br>PHONE: 800.645.5476<br>EMAIL: nacustomerservice@emdmillipore.com | TRADE DEBT | | | | $75,723.33 |
| 17 | SANFORD RESEARCH<br>2301 E. 60TH ST.<br>SIOUX FALLS, SD 57104 | CONTACT:<br>PHONE: 605.312.6300<br>EMAIL: custserv@eppendorf.com | TRADE DEBT | | | | $62,418.06 |
| 18 | THOMAS SCIENTIFIC, LLC<br>1654 HIGH HILL RD, PO BOX 99<br>SWEDESBORO, NJ 08085 | CONTACT:<br>PHONE: 800.622.1147<br>EMAIL: contact@thomassci.com | TRADE DEBT | | | | $55,246.33 |
| 19 | DONNELLEY FINANCIAL, LLC<br>PO BOX 842282<br>BOSTON, MA 02284-2282 | CONTACT:<br>PHONE: 800.766.7000<br>EMAIL: fishercustomerservice.us@thermofisher.com | PROFESSIONAL SERVICES | | | | $50,520.00 |
| 20 | SARAH CANNON RESEARCH INSTITUTE, LLC<br>1100 DR. M.L.K.  BLVD, STE. 800<br>NASHVILLE, TN 37203 | CONTACT:<br>PHONE: 608.441.8125<br>EMAIL: accountsreceivable@functionalbio | TRADE DEBT | | | | $49,338.95 |

Debtor Name  Molecular Templates, Inc., et al.                                    Case Number  _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | BIOAGILYTIX LABS<br>1320 SOLDIERS FILED ROAD<br>BOSTON, MA 02135 | CONTACT:<br>PHONE: 877.436.3839<br>EMAIL: Clee@genetex.com | TRADE DEBT | | | | $43,641.01 |
| 22 | WEAVER AND TIDWELL, LLP<br>2821 W. 7TH ST. STE. 700<br>FT. WORTH, TX 76107 | CONTACT:<br>PHONE: 732.885.9188<br>EMAIL: order@genscript.com | PROFESSIONAL SERVICES | | | | $43,312.50 |
| 23 | ALLOY THERAPEUTIS INC<br>HARTWELL AVE, SUITE 2<br>LEXINGTON, MA 02421 | CONTACT:<br>PHONE:<br>EMAIL: miranda.etkind@alloytx.com | TRADE DEBT | | | | $42,601.75 |
| 24 | IDEAGEN GAEL LTD.<br>MERE WAY<br>RUDDINGTON, NOTTINGHAMSIRE NG11 6JS | CONTACT:<br>PHONE: +44 2028883560<br>EMAIL: Deborah.nicholson@Ideagen.com | TRADE DEBT | | | | $36,250.82 |
| 25 | ALLIANCE ADVISORS, LLC<br>BROADACRES DRIVE, STE. 3<br>BLOOMFIELD, NJ 07003 | CONTACT:<br>PHONE: 973.873.7700<br>EMAIL: | PROFESSIONAL SERVICES | | | | $35,805.00 |
| 26 | ERESEARCH TECHNOLOGY<br>W. STATION SQUARE DR STE 220<br>PITTSBURGH, PA 15219 | CONTACT:<br>PHONE<br>EMAIL: john.richmond@ert.com | TRADE DEBT | | | | $35,430.57 |
| 27 | NORTHWESTERN UNIVERSITY<br>CLARK STREET<br>EVANSTON, IL  60208 | CONTACT:<br>PHONE: 312.503.2234<br>EMAIL: sponsoredresearch@northwestern.edu | TRADE DEBT | | | | $33,446.67 |
| 28 | RINGCENTRAL, INC.<br>PO BOX 734232<br>DALLAS, TX 75373-4232 | CONTACT:<br>PHONE: 877.232.9319<br>EMAIL: tyler.molvig@ringcentral.com | TRADE DEBT | | | | $30,436.96 |
| 29 | LIFESCI ADVISORS<br>W 55TH STREET, SUITE 16B<br>NEW YORK, NY  10019 | CONTACT:<br>PHONE: 212.915.3817<br>EMAIL: finance@lifesciadvisors.com | PROFESSIONAL SERVICES | | | | $27,501.82 |
| 30 | WEILL MEDICAL COLLEGE OF CORNELL UNIVERSITY<br>YORK AVE.<br>NEW YORK, NY 10065 | CONTACT:<br>PHONE: 646.962.4058<br>EMAIL: val4004@med.cornell.edu | TRADE DEBT | | | | 26,232.50 |

**Fill in this information to identify the case and this filing:**

Debtor Name __Molecular Templates OpCo, Inc._____

United States Bankruptcy Court for the: _____ District of __Delaware_____
(State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration __Corporate Ownership Statement and Equity Holder List_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/20/2025__    ✘ ___/s/ Craig R. Jalbert_____
MM / DD / YYYY               Signature of individual signing on behalf of debtor

Craig R. Jalbert
_____
Printed name

President and Chief Executive Officer
_____
Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**