**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MOLECULAR TEMPLATES OPCO, INC., *et al.*,[1] | Case No. 25-10740 (BLS) |
| Debtors. | (Jointly Administered) |

**SCHEDULE OF ASSETS AND LIABILITIES**
**FOR MOLECULAR TEMPLATES OPCO, INC.**

---

[1]    The Debtors in these chapter 11 cases, along with the Debtors' federal tax identification numbers, are: Molecular Templates, Inc. (9596) and Molecular Templates OpCo, Inc. (6035).  The Debtors' mailing address is: 124 Washington Street, Ste. 101 Foxboro, MA 02035.  All Court filings can be accessed at: https://www.veritaglobal.net/MolecularTemplates.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| MOLECULAR TEMPLATES, INC OPCO., *et al.*, | Case No. 25-10740 (BLS) |
| Debtors.[1] | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (the "Schedules") and the Statements of Financial Affairs (the "Statements," and collectively with the Schedules, the "Schedules and Statements") filed by the above-captioned debtors and debtors in possession (the "Debtors"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), have been prepared by the Debtors' management in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007, and are unaudited.

These Global Notes and Statements of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all the Schedules and Statements. The Global Notes should be referred to, considered and reviewed in connection with any review of the Schedules and Statements.[2]

The Schedules and Statements do not purport to represent financial Statements prepared in accordance with generally accepted accounting principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial Statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

In preparing the Schedules and Statements, the Debtors relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtors has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause material changes to the Schedules and Statements.

---

[1]    The Debtors in these chapter 11 cases, along with the Debtors' federal tax identification numbers, are: Molecular Templates, Inc. (9596) and Molecular Templates OpCo, Inc. (6035). The Debtors' mailing address is: 124 Washington Street, Ste. 101 Foxboro, MA 02035. All Court filings can be accessed at: https://www.veritaglobal.net/MolecularTemplates.

[2]    These Global Notes are in addition to any specific notes contained in the Debtors' Schedules and Statements.

The Debtors' management prepared the Schedules and Statements with the assistance of its restructuring advisor, Rock Creek Advisors, and other professionals. Craig Jalbert has signed the Schedules and Statements. Mr. Jalbert is the Chief Executive Officer of, and an authorized signatory for, the Debtors. Mr. Jalbert has not (and could not have) personally verified the accuracy of each Statements and representation contained in the Schedules and Statements, including Statements and representations concerning amounts owed to creditors, classification of such amounts and creditor addresses.

**The Schedules, Statements and Global Notes should not be relied upon by any person for information relating to current or future financial conditions, events or performance of the Debtors. Due to numerous unliquidated, contingent and/or disputed claims, summary statistics in the Schedules, Statements and Global Notes are likely not an accurate representation of the Debtors' liabilities on a GAAP basis.**

The Debtors and its employees, agents, attorneys, and other professionals shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. In no event shall the Debtors or its employees, agents, attorneys, or other professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or its employees, agents, attorneys, and other professionals are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1. <u>Reservation of Rights</u>. The Debtors reserve and preserve all rights to amend, supplement or otherwise modify the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to a claim (including, but not limited to: amending the description or designation of any claim; disputing or otherwise asserting offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; subsequently designating any claim as "disputed," "contingent" or "unliquidated;" or objecting to the extent, validity, enforceability, priority or avoidability of any claim). Any failure to designate a claim in the Schedules and Statements as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such claim or amount is not "disputed," "contingent" or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtors.

Further, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including, without limitation, with respect to matters involving objections to claims, equitable subordination, defense, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter

3 of the Bankruptcy Code and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant laws to recover assets or avoid transfers. Any specific reservation and preservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation and preservation of rights contained in this or the preceding paragraph.

2.     Description of the Case and "as of" Information Date. On April 20, 2025 (the "Petition Date"), the Debtors filed voluntary petitions with the Bankruptcy Court under chapter 11 of the Bankruptcy Code. The Debtors continue to manage their assets as Debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Unless otherwise stated, asset and liability information is as of the Petition Date. As more fully described below, the Debtors were required to make certain estimates and assumptions that affect the reported amounts within the Schedules and Statements.

Additionally, the Debtors have made every effort to allocate liabilities between the prepetition and postpetition periods based on information available and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available to, and further research is conducted by, the Debtors, the Debtors' allocation of liabilities between prepetition and postpetition periods may change.

3.     Basis of Presentation. For financial reporting purposes, the Debtors historically prepared consolidated financial Statements. The Schedules and Statements reflect the assets and liabilities of the Debtors on the basis of the Debtors' unaudited records. Furthermore, the Schedules and Statements do not purport to represent financial Statements prepared in accordance with GAAP, nor are they intended to reconcile to the financial Statements previously distributed to certain third parties. Accordingly, the totals listed in the Schedules and Statements differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

To the extent that the Debtors shows more assets than liabilities, this is not an admission that the Debtors were solvent at the Petition Date or at any time prior to the Petition Date.

4.     Recharacterization. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize and designate certain claims, assets, contracts, leases and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add or delete items. Accordingly, the Debtors reserve and preserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed in the Schedules and Statements were deemed executory or unexpired as of the Petition Date and remain executory or unexpired postpetition.

5.     Excluded Assets and Liabilities. In addition, certain immaterial assets and liabilities may have been excluded. The liabilities listed on the Schedules and Statements do not reflect a complete analysis of claims under section 503(b)(9) of the Bankruptcy Code.

3

Accordingly, the Debtors reserve and preserve their rights to dispute or challenge the validity of all claims asserted under section 503(b)(9) of the Bankruptcy Code.

6.    <u>Insiders</u>.  For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of directors, officers, or persons in control of the Debtors; and (e) affiliates.  Persons listed as "insiders" have been included for informational purposes only, and including them in the Schedules and Statements shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.

The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws and section 101(31) of the Bankruptcy Code, or with respect to any theories of liability or for any other purpose.  As such, the Debtors reserve and preserve all rights with respect to the foregoing issues.

7.    <u>Executory Contracts and Unexpired Leases</u>.  Nothing contained in or omitted from the Schedules and Statements is or shall be construed as an admission as to the determination of the legal status of any contract or lease, including whether any lease is a true lease or a financing arrangement, whether such contract or lease is an executory contract or unexpired lease, or whether such contract or lease is binding, valid and enforceable.  The Debtors reserve and preserve all rights with respect to all such issues.

While every effort has been made to ensure the completeness and accuracy of the listing of executory contracts and unexpired leases, inadvertent errors or omissions may have occurred.  The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed therein.  Such rights, powers, duties and obligations are not set forth on Schedule G.  Certain of the executory contracts or unexpired leases may not have been memorialized and could be subject to dispute.  Similarly, the absence of a contract or lease from Schedule G does not constitute an admission that such contract or lease is not executory.  Certain of the leases and executory contracts listed on Schedule G were rejected pursuant to the *First Omnibus Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases Nunc Pro Tunc to the Petition Date, and (B) Abandon Any Personal Property that Remains at Leased Premises, and (II) Granting Related Relief* (D.I. 68).

In addition, the Debtors reserve and preserve all rights, claims and causes of action with respect to the contracts and leases listed in the Schedules and Statements, including the rights to dispute or challenge the characterization or the structure of any transaction, document or instrument.

8.    <u>Classifications</u>.  Listing a claim on (i) Schedule E/F, Part 1 as "priority," (ii) Schedules E/F, Part 1 or 2 as "unsecured," or (iii) Schedule G as "executory" or "unexpired," is

not a waiver of the Debtors' rights to recharacterize or reclassify such claims, contracts, leases or, amend such schedules.

9. <u>Causes of Action</u>. Despite its reasonable efforts to identify all known assets, the Debtors may not have identified and/or listed as assets in the Schedules and Statements all of its causes of action or potential causes of action against third parties (and in particular has not identified or listed causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers). The Debtors reserve and preserve its rights with respect to any claim, cause of action (including avoidance actions), controversy, right of setoff, recoupment, cross-claim, or counterclaim; and any demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license or franchise, in each case of any kind or character whatsoever, known or unknown, fixed or contingent, mature or unmatured, liquidated or unliquidated, disputed or undisputed, secured or unsecured, direct or derivative, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or otherwise (collectively, "<u>Causes of Action</u>"), and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such Causes of Action.

10. <u>Summary of Significant Reporting Policies</u>. The following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

(a) <u>Book Value</u>. Unless otherwise noted, each asset and liability of the Debtors is shown on the basis of the net book value of the asset or liability in accordance with the Debtors' accounting and/or tax books and records as of the Petition Date, and is not based upon any estimate of its current market values.

(b) <u>Cash</u>. Any cash balances in the Debtors' bank accounts set forth in Schedule A/B are based on the book balance as of the beginning of business on the Petition Date.

(c) <u>Property and Equipment: Owned</u>. Fixed assets are recorded at cost. Depreciation is computed on a straight line method over the estimated useful life of the asset.

(d) <u>Liens and Encumbrances on Assets</u>. In the ordinary course of the Debtors' business, tax liens and other encumbrances (*e.g.*, judgment liens) are occasionally filed against assets owned by the Debtors. The Debtors have made a reasonable, good faith effort to include all liens on Schedule D, but may have inadvertently failed to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.

(e) <u>Undetermined Amounts</u>. The description of any amounts as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

11.     <u>Setoffs</u>.  The Debtors incurred certain offsets and other similar rights during the ordinary course of its business.  Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and its suppliers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules and Statements, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

12.     <u>Estimates and Assumptions</u>.  To prepare and file the Schedules and Statements in accordance with the deadlines established in the chapter 11 case, the Debtors was required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtors reserves and preserves all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

13.     <u>Confidential or Sensitive Information</u>.  There may be instances where certain information in the Schedules and Statements was not included or redacted due to the nature of an agreement between the Debtors and a third party, concerns about the confidential or commercially sensitive nature of certain information, concerns for the privacy of an individual, or due to privacy-related laws and/or regulatory regimes.

14.     <u>Currency</u>.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

15.     <u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.  As previously stated, the description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

## **Specific Schedule Disclosures**

1. **Schedule A/B - Assets – Real and Personal Property:**

   a. **Part 1 – Cash and cash equivalents.**  The Debtors' Cash Management System is comprised of four (4) bank accounts.  The Debtors' primary postpetition cash management bank is with Silicon Valley Bank.  Further details with respect to the Cash Management System are provided in the Cash Management Motion [D.I. 5].  The cash amount listed is as of the Petition Date and reflects the bank balance, not the net book value.

   b. **Part 2 – Deposits and Prepayments.**  Part 2 identifies previous payments made on behalf of the Debtors for services or prepayments of services or other

obligations.

c. **Part 7 – Office furniture, fixtures, and equipment; and collectibles.** Actual realizable values may vary significantly relative to net book values as of the Petition Date. Additionally, in an effort to reduce the volume of the disclosures that would be otherwise applicable, the Debtors is disclosing its fixed assets at the category level.

d. **Part 8 – Machinery, equipment, and vehicles.** Machinery and Equipment leased by the Debtors is listed on both Schedule A/B and on Schedule G. Actual realizable values of the assets identified may vary significantly relative to net book values as of the Petition Date.

e. **Part 9 – Real Property.** Property leased by the Debtors is listed on both Part 9 of Schedule A/B and on Schedule G. Furthermore, the property value is scheduled in accordance with the Debtors' books and records, which may not comport with the legal owner of record. Actual realizable values of the assets identified may vary significantly relative to recorded values as of the Petition Date, which reflect net book value. The Debtors reserve all rights to recharacterize its interests in real property at a later date.

f. **Part 10 – Intangibles and intellectual property.** Part 10 identifies the various trademarks, patents, and website domains owned and maintained by the Debtors. The Schedules may not list the value of such intangible assets as no recent appraisals have been performed. Various software licenses the Debtors used for their operation, which are easily obtainable and hold minimal value, are not included.

g. **Part 11 – All other assets.** Potential preference actions and/or fraudulent transfer actions were not listed because the Debtors has not completed an analysis of such potential claims. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist and should not be construed as a waiver of such cause of action, claim, or right.

2. **Schedule D – Creditors Who Have Claims Secured by Property:**

a. The claims listed on Schedule D arose and were incurred on various dates. To the best of the Debtors' knowledge, all claims listed on Schedule D arose, or were incurred, before the Petition Date.

b. Except as otherwise agreed or stated pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and/or their estates reserve the right to dispute and challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtors and, subject to the

foregoing limitations, note as follows: (i) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken, and (ii) the descriptions provided on Schedule D and herein are intended to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Detailed descriptions of the Debtors' prepetition debt structure, guarantees, and descriptions of collateral relating to each obligation, if any, contained on Schedule D are contained in the *Declaration of Craig Jalbert in Support of Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 15] (the "First Day Declaration").

c.  Schedule D does not include beneficiaries of letters of credit.  Although the claims of such parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof.

d.  The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights.  The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

## 3. Schedule E/F – Creditors Who Have Unsecured Claims:

a.  **Part 1 – List all creditors with priority unsecured claims.**  The Debtors' analysis of any potential priority claims is ongoing.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

b.  **Part 2 – Creditors with Nonpriority Unsecured Claims.**  Schedule E/F Part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F Part 2 does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that have been or may be rejected postpetition.

## 4. Schedule G – Executory Contracts and Unexpired Leases.

a.  Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "Agreements") as of the filing of the Statements and Schedules, the Debtors' collection and review process of the Agreements is ongoing, and inadvertent errors,

omissions, or over- or under-inclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their business, such as indemnity agreements, supplemental agreements, amendments/letter agreements, master service agreements, and confidentiality agreements, that may not be set forth in Schedule G. The Debtors have not included on Schedule G the engagement letters with any of the Debtors' professionals that have been retained pursuant to an order of the Court in these Chapter 11 Cases, which agreements have been publicly filed with the Court. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted Agreements. Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease, that such Agreement was in effect on the Petition Date, or that such Agreement is valid or enforceable. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G.

### Specific Notes with Respect to the Debtors' Statements of Financial Affairs

1. **Part 1: Income. Questions 1.** The Debtors receive a certain amount of cash up-front from specific contracts that is recorded as deferred revenue and recognized into revenue over time as certain milestones are completed.

2. **Part 2: Income. Questions 3 and 4.** In the ordinary course of their business, the Debtors maintain a cash management system in which the Debtors disburse funds from their operating account that are used to satisfy their ordinary course operating expenses and financial obligations as further explained in the Cash Management Motion. Consequently, most, if not all, payments to creditors and insiders listed in response to Questions 3 and 4 of the Debtors' Statements reflect payments made pursuant to the Debtors' cash management system described in the Cash Management Motion.

3. **Part 3: Legal Action or Assignments. Question 7.** Information provided on Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum. The Debtors used commercially reasonable efforts to identify all pending litigation and assign appropriate descriptions thereto using information available to the Debtors. In the event that the Debtors discover additional information pertaining to the legal action identified in response to Statement 7, the Debtors will use reasonable efforts to supplement the Statements in light thereof.

4. **Part 6: Certain Payments or Transfers. Question 11.** All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one (1) year immediately preceding the Petition Date are listed on the applicable Debtors' response

to Statements 11.

5.  **Part 13: Details About the Debtors' Business or Connections to Any Business. Question 26(d).**  Molecular Templates, Inc. is a registrant with the Securities Exchange Commission and files periodic consolidated financial reports that include financial Statements that are available to the public.  The Debtors have also provided financial Statements in the ordinary course of business to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent, the Debtors have not disclosed any parties that may have received such financial Statements for the purposes of Statements 26(d).

6.  **Part 13: Details About the Debtors' Business or Connections to Any Business. Question 30.**  For information related to payments and transfers to insiders, please refer to SOFA question number four.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Molecular Templates Opco, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **25-10740** |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $      **306,542.28**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $      **306,542.28**

---

### Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **25,666,747.07**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$      **3,760,798.45**

4.  Total liabilities ................................................................................................
    Lines 2 + 3a + 3b       $      **29,427,545.52**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Molecular Templates Opco, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **25-10740** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Silicon Valley Bank (SVB)** | **Checking** | **0682** | **$2,387.09** |
| 3.2. | **Silicon Valley Bank (SVB)** | **MMA** | **1589** | **$0.00** |
| 3.3. | **Silicon Valley Bank (SVB)** | **MMA** | **4375** | **$0.00** |
| 3.4. | **Silicon Valley Bank (SVB)** | **MMA** | **6034** | **$0.00** |
| 3.5. | **Silicon Valley Bank (SVB)** | **MMA** | **3119** | **$0.00** |
| 3.6. | **U.S. Bank** | **Investment** | **7490** | **$151.53** |

Debtor  **Molecular Templates Opco, Inc.**                    Case number *(If known)* **25-10740**
Name

| 3.7. | **U.S. Bank** | Investment | 5075 | $375.28 |
|------|---------------|------------|------|---------|

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**

| | $2,913.90 |
|---|---|

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**  **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.       **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.       **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Prepaid Insurance - Chubb & Son (Workers Comp)** | $3,804.22 |
|------|-----------------------------------------------------|-----------|
| 8.2. | **Prepaid Insurance - Chubb & Son (General)** | $22,716.72 |
| 8.3. | **Prepaid Insurance - Chubb & Son (Umbrella)** | $8,472.97 |
| 8.4. | **Prepaid Insurance - Chubb & Son (Auto)** | $721.60 |
| 8.5. | **Prepaid Insurance - Marsh & McLennan (Fiduciary Libaility)** | $927.00 |
| 8.6. | **Prepaid Insurance - Marsh & McLennan (Employment)** | $6,633.75 |
| 8.7. | **Prepaid Insurance - Marsh & McLennan (Crime)** | $1,721.00 |
| 8.8. | **Prepaid Insurance - Marsh & McLennan (Cyber)** | $2,733.96 |
| 8.9. | **Prepaid Insurance - Marsh & McLennan (Excess Umbrella)** | $3,787.50 |

Debtor **Molecular Templates Opco, Inc.**
Name
Case number *(If known)* **25-10740**

| 8.10. | **Prepaid Insurance - Arthur Gallagher Risk Mgmt (D&O)** | **$115,000.00** |
| 8.11. | **Prepaid Insurance - Chubb & Son (Clinical Trial Liability)** | **$12,346.69** |
| 8.12. | **Prepaid Other - DE Franchise Tax Prepayment (2023 credit)** | **$16,691.50** |
| 8.13. | **Prepaid Other - Navigator Business Solutions** | **$56,633.72** |
| 8.14. | **Prepaid Other - GenScript USA Inc.** | **$30,583.33** |
| 8.15. | **Prepaid Other - Ideagen** | **$1,728.63** |
| 8.16. | **Prepaid Other - SecureDocs Inc.** | **$3,613.74** |
| 8.17. | **Prepaid Other - Boomi** | **$600.00** |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$288,716.33**

Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:     **0.00**     -     **0.00**   = ....     **$0.00**
face amount               doubtful or uncollectible accounts

11b. Over 90 days old:     **14,912.05**     -     **0.00**   =....     **$14,912.05**
face amount               doubtful or uncollectible accounts

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$14,912.05**

Part 4:    Investments

Debtor   **Molecular Templates Opco, Inc.**
Name

Case number *(if known)* **25-10740**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>  **See Attachment** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties**<br>**MT-0169 Licensing Agreement - Millennium Pharmaceuticals, Inc. (wholly-owned subsidiary of Takeda Pharmaceutical Company, Limited)** | **Unknown** | **Recent cost** | **Unknown** |

Schedule A/B Assets - Real and Personal Property

Debtor    **Molecular Templates Opco, Inc.**                          Case number *(If known)*  **25-10740**
          Name

| | | | |
|---|---|---|---|
| **MT-6402 Licensing Agreement - Abeome Corporation** | Unknown | Recent cost | Unknown |
| **MT-8421 Licensing Agreement - GenScript Probio USA Inc.** | Unknown | Recent cost | Unknown |

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                        **$0.00**

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                                          **Current value of debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

       **Net Operating Loss Carryover (NOL)**          Tax year **2023**          Unknown

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Debtor    **Molecular Templates Opco, Inc.**                                    Case number *(If known)* **25-10740**
                 Name

78.    **Total of Part 11.**                                                                                    $0.00
         Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Debtor | **Molecular Templates Opco, Inc.** | Case number *(If known)* **25-10740** |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:#000;color:#fff;">Part 12:</td><td colspan="2"><strong>Summary</strong></td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,913.90 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $288,716.33 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $14,912.05 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $306,542.28 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $306,542.28 |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-002 | AU | Granted | 2015209065 | 26-Jan-2015 | 2015209065 | 19-Sep-2019 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | AU | Granted | 2019204364 | 26-Jan-2015 | 2019204364 | 8-Apr-2021 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | AU | Granted | 2020294212 | 26-Jan-2015 | 2020294212 | 1-Dec-2022 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | AU | Granted | 2022256081 | 10-Oct-2022 | 2022256081 | 4-Apr-2024 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | CA | Published | 2937407 | 26-Jan-2015 | | | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | EP | Granted | 15704153.4 | 26-Jan-2015 | 3099705 | 19-Jun-2019 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | EP | Published | 19173105.8 | 26-Jan-2015 | | | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | IL | Granted | 246632 | 26-Jan-2015 | 246632 | 1-Jul-2020 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | IL | Granted | 273035 | 26-Jan-2015 | 273035 | 2-Mar-2022 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | IL | Granted | 287490 | 26-Jan-2015 | 287490 | 3-Nov-2022 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-002 | IL | Granted | 294746 | 26-Jan-2015 | 294746 | 4-Mar-2024 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | IN | Granted | 201617025764 | 26-Jan-2015 | 434697 | 14-Jun-2023 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | JP | Granted | 2016-546493 | 26-Jan-2015 | 6646584 | 15-Jan-2020 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | JP | Granted | 2021-12325 | 21-Jun-2021 | 7126729 | 19-Aug-2022 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | JP | Granted | 2022-127059 | 9-Aug-2021 | 7402256 | 13-Dec-2023 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | KR | Granted | 10-2022-7001129 | 12-Jan-2022 | 10-2500408 | 13-Feb-2023 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | KR | Granted | 10-2023-7005041 | 13-Feb-2023 | 10-2692200 | 01-Aug 2024 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | MX | Granted | MX/a/2016/009809 | 26-Jan-2015 | 394993 | 24-Aug-2022 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | MX | Pending | MX/a/2022/010376 | 23-Aug-2022 | | | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | CH | Granted | 15704153.4 | 26-Jan-2015 | 3099705 | 19-Jun-2019 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-002 | DE | Granted | 15704153.4 | 26-Jan-2015 | 3099705 | 19-Jun-2019 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | ES | Granted | 15704153.4 | 26-Jan-2015 | 3099705 | 19-Jun-2019 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | FR | Granted | 15704153.4 | 26-Jan-2015 | 3099705 | 19-Jun-2019 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | GB | Granted | 15704153.4 | 26-Jan-2015 | 3099705 | 19-Jun-2019 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | IE | Granted | 15704153.4 | 26-Jan-2015 | 3099705 | 19-Jun-2019 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | IT | Granted | 502019000071471 | 26-Jan-2015 | 3099705 | 19-Jun-2019 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | LI | Granted | 15704153.4 | 26-Jan-2015 | 3099705 | 19-Jun-2019 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | NL | Granted | 15704153.4 | 26-Jan-2015 | 3099705 | 19-Jun-2019 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | HK | Granted | 16114241.0 | 26-Jan-2015 | 1226083 | 7-Feb-2020 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | HK | Published | 42020005599.4 | 9-Apr-2020 | | | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-002 | US | Granted | 17/345,576 | 11-Jun-2021 | 12,065,469 | 20-Aug-2024 | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-002 | US | Pending | 18/768,336 | 10-Jul-2024 | | | DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES FOR APPLICATIONS IN MAMMALS | Deimmunized SLT-A with disrupted B- cell epitopes |
| MTEM-003 | AU | Granted | 2015209063 | 26-Jan-2015 | 2015209063 | 15-Aug-2019 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | AU | Granted | 2019210656 | 26-Jan-2015 | 2019210656 | 4-Feb-2021 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | AU | Granted | 2021200390 | 26-Jan-2015 | 2021200390 | 5-Jan-2023 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | AU | Granted | 2022287636 | 15-Dec-2022 | 2022287636 | 18-Apr-2024 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | CA | Allowed | 2937395 | 26-Jan-2015 | | | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | CN | Granted | 201580013355.7 | 26-Jan-2015 | 106103489 | 2-Oct-2020 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | CN | Granted | 202010812476.0 | 26-Jan-2015 | ZL202010812476.0 | 9-Apr-2024 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | EP | Granted | 15704427.2 | 26-Jan-2015 | 3099704 | 17-Mar-2021 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | EP | Published | 21155849.9 | 31-Mar-2021 | | | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | HK | Granted | 16114235.8 | 14-Dec-2016 | 1226082 | 30-Sep-2021 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | HK | Published | 42022046552.0 | 18-Jan-2022 | | | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | IL | Granted | 246701 | 26-Jan-2015 | 246701 | 1-Mar-2021 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-003 | IL | Granted | 278586 | 26-Jan-2015 | 278586 | 1-Dec-2021 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | IL | Granted | 285403 | 26-Jan-2015 | 285403 | 2-Sep-2023 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | IL | Allowed | 302552 | 1-May-2023 | | | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | IN | Granted | 201617025765 | 26-Jan-2015 | 501335 | 19-Jan-2024 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | JP | Granted | 2016-546476 | 26-Jan-2015 | 6655017 | 4-Feb-2020 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | JP | Granted | 2021-92504 | 1-Jun-2021 | 7229570 | 17-Feb-2023 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | JP | Granted | 2023-016832 | 7-Feb-2023 | 7442879 | 26-Feb-2024 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | KR | Granted | 10-2022-7001124 | 12-Jan-2022 | 10-2514910 | 23-Mar-2023 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | KR | Granted | 10-2023-7010012 | 23-Mar-2023 | 10-2692208 | 1-Aug-2024 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | MX | Granted | MX/a/2016/009807 | 26-Jan-2015 | 382229 | 4-May-2021 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | MX | Published | MX/a/2021/005131 | 30-Apr-2021 | | | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | US | Granted | 17/231,526 | 15-Apr-2021 | 11,312,751 | 26-Apr-2022 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | US | Granted | 17/705,619 | 28-Mar-2022 | 12,037,367 | 16-Jul-2024 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | US | Pending | 18/678,030 | 30-May-2024 | | | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-003 | CH | Granted | 15704427.2 | 26-Jan-2015 | 3099704 | 17-Mar-2021 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | DE | Granted | 15704427.2 | 26-Jan-2015 | 3099704 | 17-Mar-2021 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | ES | Granted | 15704427.2 | 26-Jan-2015 | 3099704 | 17-Mar-2021 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | FR | Granted | 15704427.2 | 26-Jan-2015 | 3099704 | 17-Mar-2021 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | GB | Granted | 15704427.2 | 26-Jan-2015 | 3099704 | 17-Mar-2021 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | IE | Granted | 15704427.2 | 26-Jan-2015 | 3099704 | 17-Mar-2021 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | IT | Granted | 15704427.2 | 26-Jan-2015 | 3099704 | 17-Mar-2021 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | LI | Granted | 15704427.2 | 26-Jan-2015 | 3099704 | 17-Mar-2021 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-003 | NL | Granted | 15704427.2 | 26-Jan-2015 | 3099704 | 17-Mar-2021 | MHC CLASS I EPITOPE DELIVERING POLYPEPTIDES | Deimmunized SLT-A with embedded T- cell epitopes |
| MTEM-004 | US | Granted | 15/117,174 | 4-Feb-2015 | 10,421,958 | 24-Sep-2019 | METHODS OF SCREENING, SELECTING, AND IDENTIFYING CYTOTOXIC RECOMBINANT POLYPEPTIDES BASED ON AN INTERIM DIMINUTION OF RIBOTOXICITY | ETB screening method by phage display |
| MTEM-005 | US | Published | 17/734,881 | 2-May-2022 | | | PROTEINS COMPRISING BINDING REGIONS, SHIGA TOXIN A SUBUNIT EFFECTOR REGIONS, AND CARBOXY- TERMINAL, ENDOPLASMIC RETICULUM LOCALIZATION SIGNAL MOTIFS | ETBs having carboxy-terminal ER retention motif |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-007 | AU | Granted | 2015274647 | 10-Jun-2015 | 2015274647 | 23-Jan-2020 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | AU | Granted | 2019240612 | 10-Jun-2015 | 2019240612 | 7-Jan-2021 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | AU | Granted | 2020260425 | 10-Jun-2015 | 2020260425 | 31-Mar-2022 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | CA | Granted | 2947048 | 10-Jun-2015 | 2947048 | 17-Oct-2023 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | CN | Published | 202111114179.X | 23-Sep-2021 | | | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | EP | Granted | 15733018.4 | 10-Jun-2015 | 3137488 | 2-Jan-2019 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | EP | Granted | 18207811.3 | 10-Jun-2015 | 3514168 | 1-Sep-2021 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-007 | EP | Published | 21186953.2 | 10-Jun-2015 | | | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | IL | Granted | 249006 | 10-Jun-2015 | 249006 | 1-Feb-2022 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | IL | Granted | 286804 | 29-Sep-2021 | 286804 | 3-Nov-2022 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | IN | Granted | 201617042690 | 10-Jun-2015 | 429907 | 25-Apr-2023 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | HK | Granted | 17102553.6 | 13-Mar-2017 | 1228928 | 22-Nov-2019 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | HK | Granted | 42020001341.5 | 13-Jan-2020 | 40011495 | 11-Mar-2022 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | HK | Published | 42022055476.0 | 20-Jun-2022 | | | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-007 | JP | Granted | 2016-569950 | 10-Jun-2015 | 6735237 | 15-Jul-2020 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | JP | Granted | 2020-120117 | 10-Jun-2015 | 7054948 | 7-Apr-2022 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | KR | Granted | 10-2017-7000364 | 10-Jun-2015 | 10-2496206 | 1-Feb-2023 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | MX | Granted | MX/a/2016/016288 | 10-Jun-2015 | 373425 | 22-Jun-2020 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | MX | Pending | MX/a/2020/004420 | 10-Jun-2015 | | | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | US | Granted | 15/317,892 | 10-Jun-2015 | 10,815,469 | 27-Oct-2020 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | CH | Granted | 15733018.4 | 10-Jun-2015 | 3137488 | 2-Jan-2019 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-007 | DE | Granted | 15733018.4 | 10-Jun-2015 | 3137488 | 2-Jan-2019 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | ES | Granted | 15733018.4 | 10-Jun-2015 | 3137488 | 2-Jan-2019 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | FR | Granted | 15733018.4 | 10-Jun-2015 | 3137488 | 2-Jan-2019 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | GB | Granted | 15733018.4 | 10-Jun-2015 | 3137488 | 2-Jan-2019 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | IE | Granted | 15733018.4 | 10-Jun-2015 | 3137488 | 2-Jan-2019 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | IT | Granted | 502019000013801 | 10-Jun-2015 | 3137488 | 2-Jan-2019 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | LI | Granted | 15733018.4 | 10-Jun-2015 | 3137488 | 2-Jan-2019 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-007 | NL | Granted | 15733018.4 | 10-Jun-2015 | 3137488 | 2-Jan-2019 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | CH | Granted | 18207811.3 | 10-Jun-2015 | 3514168 | 1-Sep-2021 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | DE | Granted | 18207811.3 | 10-Jun-2015 | 3514168 | 1-Sep-2021 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | ES | Granted | 18207811.3 | 10-Jun-2015 | 3514168 | 1-Sep-2021 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | FR | Granted | 18207811.3 | 10-Jun-2015 | 3514168 | 1-Sep-2021 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | GB | Granted | 18207811.3 | 10-Jun-2015 | 3514168 | 1-Sep-2021 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | IE | Granted | 18207811.3 | 10-Jun-2015 | 3514168 | 1-Sep-2021 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-007 | IT | Granted | 18207811.3 | 10-Jun-2015 | 3514168 | 1-Sep-2021 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-007 | NL | Granted | 18207811.3 | 10-Jun-2015 | 3514168 | 1-Sep-2021 | PROTEASE-CLEAVAGE RESISTANT, SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES AND CELL-TARGETED MOLECULES COMPRISING THE SAME | Furin-resistant SLT- A |
| MTEM-008 | AU | Granted | 2016271124 | 27-May-2016 | 2016271124 | 7-May-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | AU | Granted | 2020201807 | 27-May-2016 | 2020201807 | 16-Dec-2021 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | AU | Granted | 2021240294 | 1-Oct-2021 | 2021240294 | 16-Mar-2023 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | CA | Published | 2984635 | 27-May-2016 | | | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | CN | Granted | 201680038854.6 | 27-May-2016 | ZL201680038854.6 | 24-May-2022 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | CN | Granted | 202210426334.X | 21-Apr-2022 | ZL202210426334.X | | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | EP | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-008 | EP | Published | 19210151.7 | 27-May-2016 | | | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | EP | Published | 19212988.0 | 27-May-2016 | | | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | HK | Granted | 18105551.0 | 27-May-2016 | 1246309 | 15-Jan-2021 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | HK | Published | 42020014715.5 | 27-May-2016 | | | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | HK | Published | 42020018237.6 | 16-Oct-2020 | | | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | IL | Granted | 255492 | 27-May-2016 | 255492 | 1-Dec-2021 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | IL | Granted | 285032 | 21-Jul-2021 | 285032 | 2-Sep-2022 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | IL | Allowed | 292708 | 27-May-2016 | | | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | IN | Granted | 2017/17042736 | 27-May-2016 | 422663 | 22-Feb-2023 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | JP | Granted | 2017-561629 | 27-May-2016 | 6771492 | 1-Oct-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-008 | JP | Granted | 2020-163491 | 27-May-2016 | 7079522 | 25-May-2022 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | JP | Granted | 2021-207738 | 14-Jan-2022 | 7228931 | 16-Feb-2023 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | KR | Granted | 10-2017-7037081 | 27-May-2016 | 10-2647100 | 5-Jun-2024 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | KR | Granted | 10-2024-7007951 | 8-Mar-2024 | 10-2673972 | 5-Jun-2024 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | MX | Granted | MX/a/2017/015493 | 27-May-2016 | 382231 | 4-May-2021 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | MX | Published | MX/a/2021/005092. | 30-Apr-2021 | | | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | US | Granted | 17/233,911 | 19-Apr-2021 | 11,365,223 | 21-Jun-2022 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | US | Published | 17/746,106 | 17-May-2022 | | | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | AL | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | AT | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |

**Schedule A/B 60**

*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-008 | BE | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | BG | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | CH | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | CY | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | CZ | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | DE | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | DK | Granted | 16729701 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | EE | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | ES | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | FI | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-008 | FR | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | GB | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | GR | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | HR | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | HU | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | IE | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | IS | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | IT | Granted | 502020000040030 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | LI | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | LT | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-008 | LU | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | LV | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | MC | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | MK | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | MT | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | NL | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | NO | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | PL | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | PT | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | RO | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-008 | RS | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | SE | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | SI | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | SK | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | SM | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-008 | TR | Granted | 16729701.9 | 27-May-2016 | 3303373 | 8-Apr-2020 | DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CELL-TARGETING MOLECULES COMPRISING THE SAME | SLT-A with full complement of deimmunizing mutations |
| MTEM-009 | US | Published | 17/459,133 | 27-Aug-2021 | | | CELL-TARGETING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT EFFECTORS AND CD8+ T-CELL EPITOPES | ETBs containing C- terminal MHC Class I Epitope (1st generation antigen- seeding technology) |
| MTEM-010 | AU | Granted | 2017373962 | 7-Dec-2017 | 2017373962 | 14-Jul-2022 | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |
| MTEM-010 | AU | Granted | 2022203538 | 25-May-2022 | 2022203538 | 15-Feb-2024 | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-010 | CA | Published | 3043333 | 7-Dec-2017 | | | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |
| MTEM-010 | CN | Published | 201780085716.8 | 7-Dec-2017 | | | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |
| MTEM-010 | CN | Published | 202210595624.7 | 26-May-2022 | | | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |
| MTEM-010 | EP | Published | 17822863.1 | 7-Dec-2017 | | | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |
| MTEM-010 | EP | Published | 19197879.0 | 7-Dec-2017 | | | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |
| MTEM-010 | HK | Published | 19131262.8 | 21-Oct-2019 | | | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |
| MTEM-010 | HK | Published | 42020009700.4 | 7-Dec-2017 | | | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-010 | IL | Granted | 266583 | 7-Dec-2017 | 266583 | 2-Aug-2023 | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |
| MTEM-010 | IL | Allowed | 293710 | 8-Jun-2022 | | | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |
| MTEM-010 | IN | Published | 201917022536 | 7-Dec-2017 | | | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |
| MTEM-010 | JP | Granted | 2019-528111 | 7-Dec-2017 | 7075134 | 17-May-2022 | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |
| MTEM-010 | JP | Granted | 2022-076399 | 6-May-2022 | 7370625 | 20-Oct-2023 | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |
| MTEM-010 | KR | Granted | 10-2019-7019157 | 7-Dec-2017 | 10-2580647 | 15-Sep-2023 | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |
| MTEM-010 | KR | Granted | 10-2022-7016919 | 19-May-2022 | 10-2557126 | 14-Jul-2023 | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-010 | MX | Granted | MX/a/2019/006656 | 7-Dec-2017 | 410543 | 15-Feb-2024 | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |
| MTEM-010 | MX | Published | MX/a/2022/006511 | 16-May-2022 | | | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |
| MTEM-010 | US | Granted | 17/314,563 | 7-May-2021 | 11,389,542 | 19-Jul-2022 | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |
| MTEM-010 | US | Granted | 17/533,552 | 23-Nov-2021 | 11,857,628 | 2-Jan-2024 | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |
| MTEM-010 | US | Pending | 18/507,264 | 13-Nov-2023 | | | SHIGA TOXIN A SUBUNIT EFFECTOR POLYPEPTIDES, SHIGA TOXIN EFFECTOR SCAFFOLDS, AND CELL-TARGETING MOLECULES FOR SITE-SPECIFIC CONJUGATION | ETBs containing site-specific conjugation sites |
| MTEM-011 | AU | Granted | 2018213194 | 24-Jan-2018 | 2018213194 | 27-Apr-2023 | CELL-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT EFFECTORS AND CD8+ T-CELL EPITOPES | ETBs containing C- terminal MHC Class I Epitope (2nd generation antigen- seeding technology) |
| MTEM-011 | CA | Published | 3049456 | 24-Jan-2018 | | | CELL-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT EFFECTORS AND CD8+ T-CELL EPITOPES | ETBs containing C- terminal MHC Class I Epitope (2nd generation antigen- seeding technology) |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-011 | CN | Granted | 201880021212.4 | 24-Jan-2018 | ZL201880021212.4 | 10-May-2024 | CELL-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT EFFECTORS AND CD8+ T-CELL EPITOPES | ETBs containing C- terminal MHC Class I Epitope (2nd generation antigen- seeding technology) |
| MTEM-011 | EP | Granted | 18708500.6 | 24-Jan-2018 | 3573648B1 | 22-Nov-2023 | CELL-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT EFFECTORS AND CD8+ T-CELL EPITOPES | ETBs containing C- terminal MHC Class I Epitope (2nd generation antigen- seeding technology) |
| MTEM-011 | HK | Granted | 62020002656.0 | 24-Jan-2018 | 40013269 | 22-Nov-2023 | CELL-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT EFFECTORS AND CD8+ T-CELL EPITOPES | ETBs containing C- terminal MHC Class I Epitope (2nd generation antigen- seeding technology) |
| MTEM-011 | IL | Granted | 267990 | 24-Jan-2018 | 267990 | 4-Mar-2024 | CELL-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT EFFECTORS AND CD8+ T-CELL EPITOPES | ETBs containing C- terminal MHC Class I Epitope (2nd generation antigen- seeding technology) |
| MTEM-011 | JP | Granted | 2019-537765 | 24-Jan-2018 | 7082424 | 31-May-2022 | CELL-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT EFFECTORS AND CD8+ T-CELL EPITOPES | ETBs containing C- terminal MHC Class I Epitope (2nd generation antigen- seeding technology) |
| MTEM-011 | KR | Granted | 10-2019-7024623 | 24-Jan-2018 | 10-2590672 | 13-Oct-2023 | CELL-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT EFFECTORS AND CD8+ T-CELL EPITOPES | ETBs containing C- terminal MHC Class I Epitope (2nd generation antigen- seeding technology) |
| MTEM-011 | MX | Granted | MX/a/2019/008840 | 24-Jan-2018 | 415694 | | CELL-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT EFFECTORS AND CD8+ T-CELL EPITOPES | ETBs containing C- terminal MHC Class I Epitope (2nd generation antigen- seeding technology) |
| MTEM-011 | US | Granted | 17/228,579 | 12-Apr-2021 | 11,406,692 | 9-Aug-2022 | CELL-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT EFFECTORS AND CD8+ T-CELL EPITOPES | ETBs containing C- terminal MHC Class I Epitope (2nd generation antigen- seeding technology) |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-011 | US | Published | 17/852,669 | 29-Jun-2022 | | | CELL-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT EFFECTORS AND CD8+ T-CELL EPITOPES | ETBs containing C- terminal MHC Class I Epitope (2nd generation antigen- seeding technology) |
| MTEM-011 | DE | Granted | 18708500.6 | 24-Jan-2018 | 3573648 | 22-Nov-2023 | CELL-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT EFFECTORS AND CD8+ T-CELL EPITOPES | ETBs containing C- terminal MHC Class I Epitope (2nd generation antigen- seeding technology) |
| MTEM-011 | ES | Granted | 18708500.6 | 24-Jan-2018 | 3573648 | 22-Nov-2023 | CELL-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT EFFECTORS AND CD8+ T-CELL EPITOPES | ETBs containing C- terminal MHC Class I Epitope (2nd generation antigen- seeding technology) |
| MTEM-011 | FR | Granted | 18708500.6 | 24-Jan-2018 | 3573648 | 22-Nov-2023 | CELL-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT EFFECTORS AND CD8+ T-CELL EPITOPES | ETBs containing C- terminal MHC Class I Epitope (2nd generation antigen- seeding technology) |
| MTEM-011 | GB | Granted | 18708500.6 | 24-Jan-2018 | 3573648 | 22-Nov-2023 | CELL-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT EFFECTORS AND CD8+ T-CELL EPITOPES | ETBs containing C- terminal MHC Class I Epitope (2nd generation antigen- seeding technology) |
| MTEM-011 | IE | Granted | 18708500.6 | 24-Jan-2018 | 3573648 | 22-Nov-2023 | CELL-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT EFFECTORS AND CD8+ T-CELL EPITOPES | ETBs containing C- terminal MHC Class I Epitope (2nd generation antigen- seeding technology) |
| MTEM-011 | IT | Granted | 18708500.6 | 24-Jan-2018 | 3573648 | 22-Nov-2023 | CELL-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT EFFECTORS AND CD8+ T-CELL EPITOPES | ETBs containing C- terminal MHC Class I Epitope (2nd generation antigen- |
| MTEM-100.01 | US | Granted | 14/774,609 | 11-Mar-2014 | 10,450,354 | 22-Oct-2019 | CD20-BINDING IMMUNOTOXINS FOR INDUCING CELLULAR INTERNALIZATION AND METHODS USING SAME | CD20 Binding ETBs |
| MTEM-100.01 | US | Granted | 14/643,619 | 10-Mar-2015 | 11,142,584 | 12-Oct-2021 | CD20-BINDING IMMUNOTOXINS FOR INDUCING CELLULAR INTERNALIZATION AND METHODS USING SAME | CD20 Binding ETBs |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-100.02 | US | Granted | 15/549,099 | 4-Feb-2016 | 10,392,425 | 27-Aug-2019 | MULTIVALENT CD20-BINDING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT EFFECTOR REGIONS AND ENRICHED COMPOSITIONS THEREOF | Dimeric CD20 Binding ETBs |
| MTEM-100.02 | US | Granted | 15/290,266 | 4-Feb-2016 | 11,248,061 | 15-Feb-2022 | MULTIVALENT CD20-BINDING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT EFFECTOR REGIONS AND ENRICHED COMPOSITIONS THEREOF | Dimeric CD20 Binding ETBs |
| MTEM-100.02 | US | Granted | 16/515,829 | 18-Jul-2019 | 11,104,707 | 31-Aug-2021 | MULTIVALENT CD20-BINDING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT EFFECTOR REGIONS AND ENRICHED COMPOSITIONS THEREOF | Dimeric CD20 Binding ETBs |
| MTEM-100.02 | HK | Granted | 18100353.1 | 4-Feb-2016 | 1240950 | 9-Apr-2021 | MULTIVALENT CD20-BINDING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT EFFECTOR REGIONS AND ENRICHED COMPOSITIONS THEREOF | Dimeric CD20 Binding ETBs |
| MTEM-200.01 | AU | Pending | 2019257343 | 16-Apr-2019 | | | HER2-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS | HER2 Binding ETBs |
| MTEM-200.01 | CA | Published | 3097178 | 16-Apr-2019 | | | HER2-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS | HER2 Binding ETBs |
| MTEM-200.01 | CN | Granted | 201980001414.7 | 16-Apr-2019 | ZL201980001414.7 | 12-Apr-2024 | HER2-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS | HER2 Binding ETBs |
| MTEM-200.01 | EP | Published | 19720329.2 | 16-Apr-2019 | | | HER2-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS | HER2 Binding ETBs |
| MTEM-200.01 | HK | Published | 62020003186.7 | 16-Apr-2019 | | | HER2-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS | HER2 Binding ETBs |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-200.01 | IL | Granted | 268443 | 16-Apr-2019 | 268443 | 3-Jun-2024 | HER2-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS | HER2 Binding ETBs |
| MTEM-200.01 | JP | Granted | 2020-554502 | 16-Apr-2019 | 7323200 | 31-Jul-2023 | HER2-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS | HER2 Binding ETBs |
| MTEM-200.01 | KR | Published | 10-2019-7024980 | 16-Apr-2019 | | | HER2-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS | HER2 Binding ETBs |
| MTEM-200.01 | MX | Pending | MX/a/2019/009726 | 16-Apr-2019 | | | HER2-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS | HER2 Binding ETBs |
| MTEM-200.01 | US | Granted | 17/072,562 | 16-Oct-2020 | 11,225,509 | 18-Jan-2022 | HER2-TARGETING MOLECULES COMPRISING DE-IMMUNIZED, SHIGA TOXIN A SUBUNIT SCAFFOLDS | HER2 Binding ETBs |
| MTEM-200.02 | US | Pending | 18/006,216 | 20-Jan-2023 | | | CLINICAL METHODS FOR USE OF HER2 BINDING MOLECULES | Methods of Treating Cancer with HER2 Binding ETBs |
| MTEM-301.01 | AU | Pending | 2020348861 | 21-Dec-2021 | | | PD-L1-BINDING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT SCAFFOLDS | PD-L1 Binding ETBs |
| MTEM-301.01 | CA | Pending | 3149621 | 1-Feb-2022 | | | PD-L1-BINDING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT SCAFFOLDS | PD-L1 Binding ETBs |
| MTEM-301.01 | CN | Published | 202080065242.2 | 17-Mar-2022 | | | PD-L1-BINDING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT SCAFFOLDS | PD-L1 Binding ETBs |
| MTEM-301.01 | EP | Published | 20786366.3 | 18-Sep-2020 | | | PD-L1-BINDING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT SCAFFOLDS | PD-L1 Binding ETBs |
| MTEM-301.01 | HK | Published | 62022058149.5 | 9-Aug-2022 | | | PD-L1-BINDING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT SCAFFOLDS | PD-L1 Binding ETBs |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-301.01 | IL | Pending | 291402 | 18-Sep-2020 | | | PD-L1-BINDING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT SCAFFOLDS | PD-L1 Binding ETBs |
| MTEM-301.01 | IN | Published | 202217015563 | 21-Mar-2022 | | | PD-L1-BINDING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT SCAFFOLDS | PD-L1 Binding ETBs |
| MTEM-301.01 | JP | Published | JP2022-516301 | 14-Mar-2022 | | | PD-L1-BINDING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT SCAFFOLDS | PD-L1 Binding ETBs |
| MTEM-301.01 | KR | Published | 10-2022-7008153 | 11-Mar-2022 | | | PD-L1-BINDING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT SCAFFOLDS | PD-L1 Binding ETBs |
| MTEM-301.01 | MX | Published | MX/a/2022/003195 | 15-Mar-2022 | | | PD-L1-BINDING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT SCAFFOLDS | PD-L1 Binding ETBs |
| MTEM-301.01 | US | Granted | 17/025,729 | 18-Sep-2020 | 11,918,649 | 5-Mar-2024 | PD-L1-BINDING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT SCAFFOLDS | PD-L1 Binding ETBs |
| MTEM-301.01 | US | Granted | 17/027,120 | 18-Sep-2020 | 11,136,395 | 5-Oct-2021 | PD-L1-BINDING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT SCAFFOLDS | PD-L1 Binding ETBs |
| MTEM-301.01 | US | Pending | 18/425,310 | 18-Sep-2020 | | | PD-L1-BINDING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT SCAFFOLDS | PD-L1 Binding ETBs |
| MTEM-301.02 | US | Published | 17/553,333 | 16-Dec-2021 | | | CLINICAL METHODS FOR USE OF A PD-L1- BINDING MOLECULE COMPRISING A SHIGA TOXIN EFFECTOR | Methods of Treating Cancer with PD-L1 Binding ETBs |
| MTEM-301.02 | EP | Pending | 21841152.8 | 13-Jul-2023 | | | CLINICAL METHODS FOR USE OF A PD-L1- BINDING MOLECULE COMPRISING A SHIGA TOXIN EFFECTOR | Methods of Treating Cancer with PD-L1 Binding ETBs |
| MTEM-301.02 | WO | Published | PCT/US2021/063817 | 16-Dec-2021 | | | CLINICAL METHODS FOR USE OF A PD-L1- BINDING MOLECULE COMPRISING A SHIGA TOXIN EFFECTOR | Methods of Treating Cancer with PD-L1 Binding ETBs |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-301.03 | WO | Published | PCT/US2022/020781 | 17-Mar-2022 | | | PD-L1 BINDING PROTEINS COMPRISING SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CD8+ T CELL ANTIGENS | PD-L1 Binding ETBs Targeting Alternative HLA Subtypes |
| MTEM-301.03 | CA | Pending | 3,213,295 | 17-Mar-2022 | | | PD-L1 BINDING PROTEINS COMPRISING SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CD8+ T CELL ANTIGENS | PD-L1 Binding ETBs Targeting Alternative HLA Subtypes |
| MTEM-301.03 | EP | Pending | 22714730.3 | 17-Mar-2022 | | | PD-L1 BINDING PROTEINS COMPRISING SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CD8+ T CELL ANTIGENS | PD-L1 Binding ETBs Targeting Alternative HLA Subtypes |
| MTEM-301.03 | US | Published | 17/697,564 | 17-Mar-2022 | | | PD-L1 BINDING PROTEINS COMPRISING SHIGA TOXIN A SUBUNIT SCAFFOLDS AND CD8+ T CELL ANTIGENS | PD-L1 Binding ETBs Targeting Alternative HLA Subtypes |
| MTEM-400.01 | LB | Granted | 223 | 23-Jan-2020 | 11845 | 23-Jan-2020 | CD38-BINDING PROTEINS COMPRISING DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTORS | CD38 Binding ETBs |
| MTEM-400.01 | AU | Pending | 2020213103 | 23-Jan-2020 | | | CD38-BINDING PROTEINS COMPRISING DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTORS | CD38 Binding ETBs |
| MTEM-400.01 | CA | Published | 3127660 | 17-Aug-2021 | | | CD38-BINDING PROTEINS COMPRISING DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTORS | CD38 Binding ETBs |
| MTEM-400.01 | CN | Published | 202080010483.7 | 13-Aug-2021 | | | CD38-BINDING PROTEINS COMPRISING DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTORS | CD38 Binding ETBs |
| MTEM-400.01 | EP | Published | 20708310.6 | 23-Jan-2020 | | | CD38-BINDING PROTEINS COMPRISING DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTORS | CD38 Binding ETBs |
| MTEM-400.01 | HK | Pending | 62021044698.0 | 16-Dec-2021 | | | CD38-BINDING PROTEINS COMPRISING DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTORS | CD38 Binding ETBs |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| MTEM-400.01 | IL | Pending | 284810 | 23-Jan-2020 | | | CD38-BINDING PROTEINS COMPRISING DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTORS | CD38 Binding ETBs |
| MTEM-400.01 | IN | Published | 202117032477 | 19-Jul-2021 | | | CD38-BINDING PROTEINS COMPRISING DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTORS | CD38 Binding ETBs |
| MTEM-400.01 | JP | Granted | 2021-541634 | 19-Jul-2021 | 7418756 | 12-Jan-2024 | CD38-BINDING PROTEINS COMPRISING DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTORS | CD38 Binding ETBs |
| MTEM-400.01 | KR | Published | 10-2021-7024877 | 5-Aug-2021 | | | CD38-BINDING PROTEINS COMPRISING DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTORS | CD38 Binding ETBs |
| MTEM-400.01 | MX | Published | MX/a/2021/008790 | 21-Jul-2021 | | | CD38-BINDING PROTEINS COMPRISING DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTORS | CD38 Binding ETBs |
| MTEM-400.01 | US | Granted | 16/751,144 | 23-Jan-2020 | 11,713,347 | 1-Aug-2023 | CD38-BINDING PROTEINS COMPRISING DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTORS | CD38 Binding ETBs |
| MTEM-400.01 | US | Allowed | 18/332,366 | 9-Jun-2023 | | | CD38-BINDING PROTEINS COMPRISING DE-IMMUNIZED SHIGA TOXIN A SUBUNIT EFFECTORS | CD38 Binding ETBs |
| MTEM-501.01 | US | Pending | 18/180,785 | 8-Mar-2023 | | | CTLA-4 BINDING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT, SCAFFOLDS AND USES THEREOF | CTLA-4 Binding ETBs |
| MTEM-501.01 | WO | Pending | PCT/US2023/063988 | 8-Mar-2023 | | | CTLA-4 BINDING MOLECULES COMPRISING SHIGA TOXIN A SUBUNIT, SCAFFOLDS AND USES THEREOF | CTLA-4 Binding ETBs |
| THRSD-0001 | US | Granted | 13/658,741 | 23-Oct-2012 | 9,205,098 | 8-Dec-2015 | Anti-Cancer Therapies | Hypoxia-activated prodrugs such as glufosfamide |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| THRSD-0001 | US | Granted | 10/546,612 | 18-Aug-2005 | 7,560,230 | 14-Jul-2009 | METHOD FOR DETERMINING SUSCEPTIBILITY OF TUMOR TO TREATMENT WITH ANTI-NEOPLASTIC AGENT | Hypoxia-activated prodrugs such as glufosfamide |
| THRSD-0001 | US | Granted | 12/992,261 | 28-Mar-2011 | 8,309,554 | 13-Nov-2012 | HYPOXIA ACTIVATED DRUGS OF NITROGEN MUSTARD ALKYLATORS | Hypoxia-activated prodrugs such as glufosfamide |
| THRSD-0001 | EP | Granted | 055712714 | 4-Feb-2005 | 1711188 | 6-Jun-2012 | ANTI-CANCER THERAPIES$KREBSTHERAPIEN$THERAPIES ANTICANCEREUSES | Hypoxia-activated prodrugs such as glufosfamide |
| THRSD-0001 | DK | Granted | 055712714 | 4-Feb-2005 | 1711188 | 6-Jun-2012 | ANTI-CANCER THERAPIES$KREBSTHERAPIEN$THERAPIES ANTICANCEREUSES | Hypoxia-activated prodrugs such as glufosfamide |
| THRSD-0001 | ES | Granted | 055712714 | 4-Feb-2005 | 1711188 | 6-Jun-2012 | ANTI-CANCER THERAPIES$KREBSTHERAPIEN$THERAPIES ANTICANCEREUSES | Hypoxia-activated prodrugs such as glufosfamide |
| THRSD-0001 | FR | Granted | 055712714 | 4-Feb-2005 | 1711188 | 6-Jun-2012 | ANTI-CANCER THERAPIES$KREBSTHERAPIEN$THERAPIES ANTICANCEREUSES | Hypoxia-activated prodrugs such as glufosfamide |
| THRSD-0001 | GB | Granted | 055712714 | 4-Feb-2005 | 1711188 | 6-Jun-2012 | ANTI-CANCER THERAPIES$KREBSTHERAPIEN$THERAPIES ANTICANCEREUSES | Hypoxia-activated prodrugs such as glufosfamide |
| THRSD-0001 | IT | Granted | 055712714 | 4-Feb-2005 | 1711188 | 6-Jun-2012 | ANTI-CANCER THERAPIES$KREBSTHERAPIEN$THERAPIES ANTICANCEREUSES | Hypoxia-activated prodrugs such as glufosfamide |
| THRSD-0001 | LI | Granted | 055712714 | 4-Feb-2005 | 1711188 | 6-Jun-2012 | ANTI-CANCER THERAPIES$KREBSTHERAPIEN$THERAPIES ANTICANCEREUSES | Hypoxia-activated prodrugs such as glufosfamide |
| THRSD-0001 | LT | Granted | 055712714 | 4-Feb-2005 | 1711188 | 6-Jun-2012 | ANTI-CANCER THERAPIES$KREBSTHERAPIEN$THERAPIES ANTICANCEREUSES | Hypoxia-activated prodrugs such as glufosfamide |

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

**Schedule A/B 60**
*Patents, copyrights, trademarks, and trade secrets*

| Reference No. | Country | Status | Application No. | Filing Date | Patent No. | Issue Date | Patent / Application Title | Description |
|---|---|---|---|---|---|---|---|---|
| THRSD-0001 | NL | Granted | 055712714 | 4-Feb-2005 | 1711188 | 6-Jun-2012 | ANTI-CANCER THERAPIES$KREBSTHERAPIEN$THERAPIES ANTICANCEREUSES | Hypoxia-activated prodrugs such as glufosfamide |
| THRSD-0001 | SE | Granted | 055712714 | 4-Feb-2005 | 1711188 | 6-Jun-2012 | ANTI-CANCER THERAPIES$KREBSTHERAPIEN$THERAPIES ANTICANCEREUSES | Hypoxia-activated prodrugs such as glufosfamide |
| THRSD-0001 | DE | Granted | 055712714 | 4-Feb-2005 | 1711188 | 6-Jun-2012 | ANTI-CANCER THERAPIES$KREBSTHERAPIEN$THERAPIES ANTICANCEREUSES | Hypoxia-activated prodrugs such as glufosfamide |
| THRSD-0001 | IE | Granted | 055712714 | 4-Feb-2005 | 1711188 | 6-Jun-2012 | ANTI-CANCER THERAPIES$KREBSTHERAPIEN$THERAPIES ANTICANCEREUSES | Hypoxia-activated prodrugs such as glufosfamide |
| THRSD-0001 | CH | Granted | 055712714 | 4-Feb-2005 | 1711188 | 6-Jun-2012 | ANTI-CANCER THERAPIES$KREBSTHERAPIEN$THERAPIES ANTICANCEREUSES | Hypoxia-activated prodrugs such as glufosfamide |
| THRSD-0001 | LU | Granted | 055712714 | 4-Feb-2005 | 1711188 | 6-Jun-2012 | ANTI-CANCER THERAPIES$KREBSTHERAPIEN$THERAPIES ANTICANCEREUSES | Hypoxia-activated prodrugs such as glufosfamide |
| THRSD-0001 | CN | Granted | 201080036229.0 | 10-Jun-2010 | 102574866 | 18-Feb-2015 | Camptothecin derivatives | Hypoxia-activated prodrugs such as glufosfamide |
| THRSD-0001 | JP | Granted | 2006552230 | 4-Feb-2005 | 5235304 | 5-Apr-2013 | Anticancer Therapy | Hypoxia-activated prodrugs such as glufosfamide |
| THRSD-0002 | US | Granted | 12/594,802 | 7-Apr-2008 | 8765690 | 7-Jul-2014 | Treatment of cancer with glufosfamide in patients not receiving insulin therapy | Hypoxia-activated prodrugs such as glufosfamide |
| THRSD-0003 | US | Granted | 13/378,662 | 16-Jun-2010 | 8,575,188 | 5-Nov-2013 | Camptothecin derivatives | Hypoxia-activated prodrugs such as glufosfamide |

**Fill in this information to identify the case:**

Debtor name __**Molecular Templates Opco, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __**25-10740**__

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

| 2.1 | **K2 HealthVentures LLC** | | |
|---|---|---|---|
| | Creditor's Name | | |

**c/o Ankura Trust Company, LLC**
**140 Sherman Steet**
**4th Floor**
**Fairfield, CT 06824**
Creditor's mailing address

**jeri.miller@sidley.com**
Creditor's email address, if known

**Date debt was incurred**
**2/1/2026**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Substantially all assets**

**Describe the lien**
**Amended & Restated CVR Agreement**
**Is the creditor an insider or related party?**
☐ No
☑ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$24,300,515.15**   Column B: **Unknown**

| 2.2 | **K2 HealthVentures LLC** | | |
|---|---|---|---|
| | Creditor's Name | | |

**c/o Ankura Trust Company, LLC**
**140 Sherman Steet**
**4th Floor**
**Fairfield, CT 06824**
Creditor's mailing address

**jeri.miller@sidley.com**
Creditor's email address, if known

**Date debt was incurred**
**6/16/2023**

**Describe debtor's property that is subject to a lien**
**Substantially all assets**

**Describe the lien**
**Prepetition Bridge Loan**
**Is the creditor an insider or related party?**
☐ No
☑ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$1,366,231.92**   Column B: **Unknown**

Debtor   **Molecular Templates Opco, Inc.**
_____
         Name

Case number (if known)   **25-10740**
_____

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $25,666,747.07

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name  **Molecular Templates Opco, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **25-10740**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service<br>Department of Treasury<br>Cincinnati, OH 45999-0038** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

|  |  | | |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Texas Comptroller<br>PO Box 149348<br>Austin, TX 78714-9348** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

**2.3** Priority creditor's name and mailing address

**Williamson County Tax Collector**
**904 S. Main St.**
**Georgetown, TX 78626**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**    **Unknown**

■ Contingent

■ Unliquidated

☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Ace Pipettes, LLC**
**14230 Prospect Point Drive**
**Cypress, TX 77429**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No   ☐ Yes

**$1,562.05**

**3.2** Nonpriority creditor's name and mailing address

**Acro Biosystems**
**1 Innovation Way**
**Newark, DE 19711**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No   ☐ Yes

**$1,217.81**

**3.3** Nonpriority creditor's name and mailing address

**Agilent**
**5301 Stevens Creek Blvd.**
**Santa Clara, CA 95051**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No   ☐ Yes

**$1,647.50**

**3.4** Nonpriority creditor's name and mailing address

**Airgas USA LLC**
**PO Box 734671**
**Dallas, TX 75373-4671**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No   ☐ Yes

**$288.40**

**3.5** Nonpriority creditor's name and mailing address

**Alliance Advisors, LLC**
**200 Broadacres Drive**
**Suite 3**
**Bloomfield, NJ 07003**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **Services Performed**

Is the claim subject to offset? ■ No   ☐ Yes

**$35,805.00**

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,601.75** |
|---|---|---|
| **Alloy Therapeutics Inc**<br>**44 Hartwell Ave**<br>**Suite 2**<br>**Lexington, MA 02421** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$397.09** |
|---|---|---|
| **AT&T Services, Inc.**<br>**PO Box 5014**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,451.68** |
|---|---|---|
| **Austin Idealease, LLC**<br>**5010 Burleson Rd.**<br>**Austin, TX 78744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$464.39** |
|---|---|---|
| **Austin Welder & Generator Service, Inc.**<br>**2004 Howard Lane**<br>**Austin, TX 78728** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|
| **Baylor Research Institute**<br>**3434 Live Oak**<br>**Dallas, TX 75204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,490.72** |
|---|---|---|
| **BD Biosciences**<br>**21588 Network Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$424.39** |
|---|---|---|
| **Bio-Rad Laboratories**<br>**PO Box 849740**<br>**Los Angeles, CA 90084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,641.01** |
|---|---|---|---|

**BioAgilytix Labs**
**1320 Soldiers Field Road**
**Brighton, MA 02135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,208.47** |
|---|---|---|---|

**BioIVT, LLC**
**P.O. Box 770**
**Hicksville, NY 11802-0770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,448.27** |
|---|---|---|---|

**BioLegend**
**PO Box 102100**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,247.37** |
|---|---|---|---|

**BioSpace, Inc.**
**10506 Justin Dr.**
**Urbandale, IA 50322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,500.00** |
|---|---|---|---|

**Calhoun, Thomson & Matza, LLP**
**PO Box 736044**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Performed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**Capralogics, Inc.**
**PO Box 356**
**Hardwick, MA 01037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$377,117.78** |
|---|---|---|---|

**CBRE, Inc.**
**PO Box 848844**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Landlord**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$263,425.74** |
|---|---|---|---|

**Cedars Sinai Medical Center**
**8700 8700 Beverly Blvd.**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,507.78** |
|---|---|---|---|

**CellCarta Logistics ULC**
**101 Isley Ave., Unit 5**
**Darmouth**
**Nova Scotia, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,766.45** |
|---|---|---|---|

**CellCarta NV**
**78-80 Sint-Bavostraat**
**Wilrijk**
**Antwerp**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$114,978.67** |
|---|---|---|---|

**Cenetron**
**2111 W. Braker Lane,Bldg 5**
**Suite 300**
**Austin, TX 78758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$94,592.50** |
|---|---|---|---|

**Charles River Labs**
**GPO Box 27812**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,760.45** |
|---|---|---|---|

**Cogent Communications Inc**
**2450 N Street NW**
**Washington, DC 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,383.00** |
|---|---|---|---|

**Computer Packages Inc.**
**11 N. Washington Street**
**Suite 300**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Molecular Templates Opco, Inc.**                                Case number (if known)    **25-10740**
_____
Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,636.50 |
|---|---|---|---|

**Computershare Inc.**
**250 Royall Street**
**Canton, MA 02021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,574.04 |
|---|---|---|---|

**Concur Technologies, Inc.**
**62157 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.64 |
|---|---|---|---|

**Controlled Contamination Services, Inc**
**14800 Landmark Blvd.**
**Suite 155**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,685.84 |
|---|---|---|---|

**Cooley LLP**
**3 Embarcadero Center, 20th Floor**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Performed**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,250.00 |
|---|---|---|---|

**Corazon Sanders**
**1950 Hughes Landing Blvd.**
**Apt. 812**
**Spring, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,917.60 |
|---|---|---|---|

**CT Corporation**
**28 Liberty Street, 42nd Floor**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,878.31 |
|---|---|---|---|

**CTCA Clinical Research, LLC**
**2520 Elisha Ave.**
**Zion, IL 60099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,316.40 |
|---|---|---|---|

**Culligan of Austin**
**110 W Fremont Street**
**Owatonna, MN 55060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,496.00 |
|---|---|---|---|

**Danox Environmental Services, Inc.**
**102 Mary Alice Park Road**
**Suite 104**
**Cumming, GA 30040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,904.27 |
|---|---|---|---|

**Dartmouth-Hitchcock Clinic**
**One Medical Center Drive**
**Lebanon, NH 03756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,749.99 |
|---|---|---|---|

██████████████

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,601.75 |
|---|---|---|---|

**Dell Marketing LP**
**PO Box 676021**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,520.00 |
|---|---|---|---|

**Donnelley Financial, LLC**
**PO Box 842282**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services Performed**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Donohoe Advisory Associates LLC**
**9801 Washingtonian Blvd**
**Suite 340**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$460.72**

**DS Services of America, Inc.**
PO Box 660579
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,645.64**

**Ecolab Inc. /dba Ecolab Pest Elimination**
26252 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,821.25**

**Ellab, Inc.**
303 E 17th Ave
Ste 10
Denver, CO 80203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,399.27**

**EMD Millipore**
25760 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,129.86**

**Equisolve, Inc.**
3500 SW Corporate Parkway
Suite 206
Palm City, FL 34990

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00**

**Equity Plan Solutions**
1495 Virginia Ave
Redwood City, CA 94061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,430.57**

**eResearch Technology**
225 West Station Square Dr
Pittsburgh, PA 15219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156,750.00 |
|---|---|---|---|

**Ernst & Young U.S. LLP**
**200 Plaza Drive**
**Ste 2222**
**Secaucus, NJ 07094**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Performed__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,078.56 |
|---|---|---|---|

**Evoqua Water Technologies LLC**
**28563 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285,505.87 |
|---|---|---|---|

**Fairjourney Biologics SA**
**Rua do Campo Alegre. n823**
**Porto**
**Portugal**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.07 |
|---|---|---|---|

**FedEx**
**PO Box 660481**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,999.98 |
|---|---|---|---|

**Gabriela Gruia Consulting, LLC**
**350 Albany St. Apt 2D**
**New York, NY 10280**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Performed__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,651.50 |
|---|---|---|---|

**GenScript USA Inc.**
**860 Centennial Ave.**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.39 |
|---|---|---|---|

**GenServe, LLC**
**100 Newtown Road**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Molecular Templates Opco, Inc.**
Name

Case number (if known)    **25-10740**

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,974.90 |
|---|---|---|---|

**Gibson, Dunn & Crutcher LLP**
**333 South Grand Avenue**
**Los Angeles, CA 90071**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Performed__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,120.00 |
|---|---|---|---|

**Grande Communication Networks LLC**
**PO Box 679367**
**Dallas, TX 75267**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,749.98 |
|---|---|---|---|

███████████████

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Horizon Oncology Research, LLC**
**1345 Unity Place**
**Suite 365**
**Lafayette, IN 47905**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,250.82 |
|---|---|---|---|

**Ideagen Gael LTD.**
**Mere Way**
**Ruddington Nottinghamshire**
**Scotland**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Integral Molecular, Inc.**
**25 N. 38th St.**
**Suite 800**
**Philadelphia, PA 19104**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,413.65 |
|---|---|---|---|

**Joe W. Fly Co. Inc.**
**PO Box 678106**
**Dallas, TX 75267**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,499.98 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,801.49 |
|---|---|---|---|

**Life Technologies Corporation**
**Thermo Fisher Scientific**
**32822 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,501.82 |
|---|---|---|---|

**LifeSci Advisors**
**250 W 55th Street**
**Suite 16B**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Services Performed_

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,051.29 |
|---|---|---|---|

**Linde Gas & Equipment Inc**
**2301 SE Creekview Drive**
**Ankeny, IA 50021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,635.00 |
|---|---|---|---|

**Marken Inc**
**145-43 226th St**
**Springfield Gardens, NY 11413**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $76,378.76 |
|---|---|---|---|

**Mary Crowley Medical Research Center**
**7777 Forest Lane Building C**
**Suite 707**
**Dallas, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,051.33 |
|---|---|---|---|

**Matheson Tri-Gas, Inc.**
**PO Box 123028**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$213,985.76**

**Mathys & Squire**
**The Shard32 London Bridge Street**
**London**
**United Kingdon**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Services Performed**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,850.00**

**MBL International Corp.**
**15A Constitution Way**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,898.31**

**Meso Scale Discovery**
**PO Box 75112**
**Baltimore, MD 21275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$187.27**

**Micro Precision Calibration, Inc.**
**22835 Industrial Place**
**Grass Valley, CA 95949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,018.85**

**Nasdaq Corporate Solutions, LLC**
**151 W 42nd Street New York**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,220.44**

**Navex Global Inc**
**P.O. Box 60941**
**Charlotte, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,183.01**

**Navigator Business Solutions Inc**
**180 S. 100 W., Unit 279**
**Pleasant Grove, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$134,584.63** |
|---|---|---|---|
| | **Northwest Cancer Centers, PC**<br>**1001 Calumet Ave.**<br>**Dyer, IN 46311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,446.67** |
|---|---|---|---|
| | **Northwestern University**<br>**633 Clark Street**<br>**Evanston, IL 60208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,999.36** |
|---|---|---|---|
| | **Novotech (Australia) Pty Ltd**<br>**PO Box 20109**<br>**Sydney**<br>**New South Wales, Australia** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,478.57** |
|---|---|---|---|
| | **NW Austin Office Partners LLC**<br>**2765 Sand Hill Rd, Ste 200**<br>**Ste 200**<br>**Menlo Park, CA 94025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Landlord**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,170.77** |
|---|---|---|---|
| | **NW Austin Office Partners MEARF HoldCo**<br>**2765 Sand Hill Road**<br>**Suite 200**<br>**Menlo Park, CA 94025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Landlord**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$241,129.80** |
|---|---|---|---|
| | **NYU School of Medicine**<br>**One Park Avenue, 5th Floor (5-818)**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Landlord**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$450.55** |
|---|---|---|---|
| | **Pall Life Sciences**<br>**PO Box 419501**<br>**Boston, MA 02241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Molecular Templates Opco, Inc.**
_____
Name

Case number (if known) **25-10740**

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |

**Peggy S Edge, CPA, LLC**
**PO Box 204151**
**Austin, TX 78720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Performed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,288.00 |

**Prisma Health-Upstate**
**900 W. Faris Rd., CTC**
**3rd Floor**
**Greenville, SC 29605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137.50 |

**ProPharma Group Holdings, LLC**
**1129 Twentieth St, NW**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,092.33 |

**Prudential Overall Supply**
**1661 Alton Parkway**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,533.17 |

**PSI CRO AG**
**Baarerstrasse 113a**
**Switzerland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,723.33 |

**Q Squared Solutions Biosciences LLC**
**PO Box 603210**
**Charlotte, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,815.00 |

**R&D Systems**
**614 McKinley Place NE**
**Minneapolis, MN 55413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,076.82 |
|---|---|---|---|

**Resilient Intelligent Networks**
PO Box 1285
Argyle, TX 76226

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,436.96 |
|---|---|---|---|

**RingCentral, Inc.**
PO Box 734232
Dallas, TX 75373

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,543.98 |
|---|---|---|---|

**Robinhood Markets, Inc. Say Technologies**
85 Willow Road
Menlo Park, CA 94025

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,418.06 |
|---|---|---|---|

**Sanford Research**
2301 2301 E. 60th Street
Sioux Falls, SD 57104

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,650.08 |
|---|---|---|---|

**Sanguine Biosciences, Inc.**
5000 Van Nuys Blvd
Suite 205
Sherman Oaks, CA 91423

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,338.95 |
|---|---|---|---|

**Sarah Cannon Research Institute, LLC**
1100 Dr. Martin L. King Blvd.
Suite 800
Nashville, TN 37201

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**SHI International Corp**
PO Box 952121
Dallas, TX 75395

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

---

**3.97** | **Nonpriority creditor's name and mailing address**
**Sigma-Aldrich, Inc.**
**PO Box 535182**
**Atlanta, GA 30353**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,745.66**

---

**3.98** | **Nonpriority creditor's name and mailing address**
**Smartsheet Inc.**
**Smartsheet Inc. Dept 3421**
**Dallas, TX 75312**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,990.00**

---

**3.99** | **Nonpriority creditor's name and mailing address**
**Syneos Health Clinical, Inc. Syneos Clin**
**1030 Sync Street**
**Morrisville, NC 27560**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$14,576.53**

---

**3.100** | **Nonpriority creditor's name and mailing address**
**The Brandt Companies, LLC**
**PO Box 227351**
**Dallas, TX 75222**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,147.45**

---

**3.101** | **Nonpriority creditor's name and mailing address**
**Thermo Electron N.A.**
**PO Box 742775**
**Atlanta, GA 30374**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,861.94**

---

**3.102** | **Nonpriority creditor's name and mailing address**
**Thomas Scientific, LLC**
**1654 High Hill Rd.,**
**PO Box 99**
**Swedesboro, NJ 08085**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$55,246.33**

---

**3.103** | **Nonpriority creditor's name and mailing address**
**Three Way Logistics**
**PO Box 1806**
**Fremont, CA 94538**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,210.00**

---

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$192,353.55** |
|---|---|---|---|

**Tigermed-BDM, Inc.**
**100 Franklin Square Dr**
**Suite 305**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,738.24** |
|---|---|---|---|

**Toppan Merrill LLC**
**1501 Energy Park Drive**
**Saint Paul, MN 55108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,270.40** |
|---|---|---|---|

**Transperfect Holdings, LLC**
**1250 Broadway, 7th Floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,861.37** |
|---|---|---|---|

**U.S. Bank National Association**
**as assignee for Toshiba Finance**
**PO Box 790448**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$84,539.51** |
|---|---|---|---|

**University of Miami**
**1120 NW 14th Street, Room# 874**
**Miami, FL 33136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,713.14** |
|---|---|---|---|

**University of Southern California**
**1441 Eastlake Ave**
**Los Angeles, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,447.00** |
|---|---|---|---|

**Veeva Systems Inc**
**4280 Hacienda Dr.**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Molecular Templates Opco, Inc.** | | Case number (if known) | **25-10740** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,740.93 |
|---|---|---|---|

**Veolia WTS Analytical Instruments, Inc.**
**6060 Spine Road**
**Boulder, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $334.00 |
|---|---|---|---|

**WCG Clinical, Inc. dba WCG IRB, LLC**
**212 Carnegie Center**
**Suite 301**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,312.50 |
|---|---|---|---|

**Weaver and Tidwell, LLP**
**2821 2821 West 7th St**
**Suite 700**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Performed**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,232.50 |
|---|---|---|---|

**Weill Medical College of Cornell Univ.**
**1300 York Ave**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,647.92 |
|---|---|---|---|

**XenTech SAS**
**4, rue Pierre Fontaine**
**Evry**
**France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,760,798.45 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 3,760,798.45 |

**Fill in this information to identify the case:**

Debtor name    **Molecular Templates Opco, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **25-10740**

☐ Check if this is an
    amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*          *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest  →  **Engagement agreement dated February 20, 2025**  <br><br> State the term remaining <br><br> List the contract number of any government contract | **Morris, Nichols, Arsht & Tunnell LLP** <br> **1201 N Market St** <br> **#1600** <br> **Wilmington, DE 19801** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest  →  **180 Varick St, Suite 806, New York, NY Subtenant Lease**  <br><br> State the term remaining <br><br> List the contract number of any government contract | **New York University** <br> **550 First Avenue** <br> **New York, NY 10016** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest  →  **Engagement agreement dated October 22, 2024**  <br><br> State the term remaining <br><br> List the contract number of any government contract | **Rock Creek Advisors, LLC** <br> **1738 Belmar Blvd** <br> **Belmar, NJ 07719** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest  →  **8900 Amberglen Blvd, Austin, TX Subtenant Lease**  <br><br> State the term remaining <br><br> List the contract number of any government contract | **State Farm Mutual Automobile Ins Co** <br> **One State Farm Plaza** <br> **C-4** <br> **Bloomington, IL 61704** |

Debtor 1    **Molecular Templates Opco, Inc.**                                    Case number (*if known*)    **25-10740**
_____
First Name          Middle Name          Last Name

<span style="background:#3d0033;color:#3d0033;">████</span>    **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.5.**    State what the contract or lease is for and the nature of the debtor's interest

**Toshiba e-STUDIO7516ACT**

State the term remaining

List the contract number of any government contract

**Toshiba Business Solutions
Commercentre Dr
Lake Forest, CA 92630**

---

**2.6.**    State what the contract or lease is for and the nature of the debtor's interest

**180 Varick St, Suite 806, New York, NY Sub-sub tenant Lease (Tracer DX)**

State the term remaining    **192**

List the contract number of any government contract

**TracerDX
180 Varick Street
6th Floor
New York, NY 10014**

---

**Fill in this information to identify the case:**

Debtor name    **Molecular Templates Opco, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **25-10740**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name __Molecular Templates Opco, Inc.__

United States Bankruptcy Court for the: _____ District of __DELAWARE__
(State)

Case number (*If known*): __25-10740__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/23/2025__          ✘ __/s/ Craig Jalbert__
     MM / DD / YYYY          Signature of individual signing on behalf of debtor

                       __Craig Jalbert__
                       Printed name

                       __Chief Executive Officer__
                       Position or relationship to debtor